MORRIS RINGULESCU, an Infant, by HYMAN RINGULESCU, His Guardian ad Litem, Appellant, v. JOHN BEAVER, as Receiver of the Second Avenue Railroad Company, Respondent. (2 cases.) — Order affirmed, with ten

# 890 Cases Reported with Brief Syllabi.

dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.